**MEMO ENDORSED**

Richard E. Kwasnik (RK9741)
Attorney for Plaintiff
137 Creek Road
Pleasant Valley, New York 12569
Phone: 917 825 4853
Email: rkwasnik@Verizon.net

August 26, 2022
*Via ECF*
Hon. Valerie E. Caproni, U.S.D.J.
United States District Court, Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/28/2022

Re: *Kwasnik v. Oxford Health Insurance, Inc., et al.* Civil Action No. 1:22-cv-04767-VEC

Dear Judge Caproni:

Plaintiff will not now refile the Motion to Seal that was dismissed without prejudice on 8/8/22.

Thank you for your consideration of this matter.

Respectfully submitted,

*/s/ Richard Kwasnik*
Richard Kwasnik, Esq.

cc: Jennifer M. Horowicz, Esq. (via ECF)
    Michael H. Bernstein, Esq. (via ECF)

---

The Clerk of Court is respectfully requested to terminate the open motion at docket entry 36.

SO ORDERED.

*/s/ Valerie Caproni*    Date: 9/28/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE