```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
FIANA KWASNIK,                                                 :
                                                               :
                                                               :
                                    Plaintiff,                 :
                    -against-                                  :       22-CV-4767 (VEC)
                                                               :
                                                               :       ORDER
OXFORD HEALTH INSURANCE, INC. and                              :
ISLAND PEER REVIEW ORGANIZATION,                               :
INC.,                                                          :
                                                               :
                                    Defendants.                :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/07/2022

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 7, 2022, the parties appeared for an initial pretrial conference.

IT IS HEREBY ORDERED that for the reasons stated at the hearing, Plaintiff's motion to remand, *see* Dkts. 15–16, is DENIED.

IT IS FURTHER ORDERED that Plaintiff has until **November 4, 2022** to amend the complaint; Defendants' deadline to move, answer, or otherwise respond is **December 2, 2022**. If Defendants move to dismiss, Plaintiff's deadline to respond is **January 6, 2023**; Defendants' reply, if any, is due **January 20, 2023**.

IT IS FURTHER ORDERED that discovery as to Defendant Island Peer Review Organization, Inc. ("IPRO") is STAYED; Discovery as to Defendant Oxford Health Insurance, Inc. ("Oxford") is limited to the administrative record in this case, which Oxford must produce by no later than **November 4, 2022**. If Oxford's anticipated motion to dismiss is denied, then Plaintiff may re-raise her request for additional discovery at that time.

**SO ORDERED.**

**Date:  October 7, 2022**  
   **New York, New York**

**VALERIE CAPRONI**  
**United States District Judge**