USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/30/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
FIANA KWASNIK,

                                      Plaintiff,

               -against-                        22-CV-4767 (VEC)

                                                   ORDER

OXFORD HEALTH INSURANCE, INC.,

                                      Defendant.
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on August 30, 2023, the parties appeared for a status conference.

      IT IS HEREBY ORDERED that, by no later than **September 13, 2023**, Defendant must supplement the administrative record by producing to Plaintiff and the Court the documents referenced in the administrative record on pages **441–442** that Plaintiff has represented are missing from the electronic version that was produced to Plaintiff, or inform the Court why it is unable to do so. If Plaintiff contends that Defendant's production is incorrect or incomplete, then Plaintiff must produce the documents that she believes were referenced in the administrative record to both Defendant and the Court by no later than **September 20, 2023**. If Defendant disputes the authenticity of the document(s) produced by Plaintiff, Defendant must notify the Court by **September 27, 2023**.

      IT IS FURTHER ORDERED that the deadline for Defendant to move for summary judgment is **October 6, 2023**; the deadline for Plaintiff to oppose the motion and cross-move for summary judgment is **November 3, 2023;** the deadline for Defendant to oppose the cross-

motion and reply in support of its motion is **December 1, 2023**; the deadline for Plaintiff to reply in support of her cross-motion is **December 15, 2023**.

**SO ORDERED.**

Date:  August 30, 2023
       New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**