```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/2/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
FIANA KWASNIK,                                     :
                                                   :
                                                   :
                          Plaintiff,               :
              -against-                            :       22-CV-4767 (VEC)
                                                   :
                                                   :       ORDER
OXFORD HEALTH INSURANCE, INC.,                     :
                                                   :
                          Defendant.               :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS Defendant filed a Motion for Summary Judgment on October 6, 2023, *see* Dkt. 77; and

WHEREAS Plaintiff filed a Cross Motion for Summary Judgment on November 2, 2023, *see* Dkt. 82.

IT IS HEREBY ORDERED that the parties appear before the Court for a conference on Wednesday, February 7, 2024 at 2:30 P.M. in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

**Date: February 2, 2024**
      **New York, New York**                                      **VALERIE CAPRONI**
                                                                    **United States District Judge**