**Robinson+Cole**

MICHAEL H. BERNSTEIN

Chrysler East Building
666 Third Avenue, 20th floor
New York, NY 10017
Main (212) 451-2900
Fax (212) 451-2999
mbernstein@rc.com
Direct (212) 451-2940

Also admitted in Connecticut,
Pennsylvania, New Jersey and Utah

**MEMO ENDORSED**

February 5, 2024

*Via ECF*
Hon. Valerie E. Caproni, U.S.D.J.
United States District Court, Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/5/24

Re:   *Kwasnik v. Oxford Health Insurance, Inc., et al.*
      Civil Action No. 1:22-cv-04767-VEC

Dear Judge Caproni:

This office represents defendant Oxford Health Insurance, Inc. ("Oxford") in the above-referenced matter. With the consent of counsel for the Plaintiff, we write to seek adjournment of the conference scheduled for February 7, 2024.

On February 2, 2024, the Court ordered that the parties appear before the Court on February 7, 2024 for a conference concerning the parties' pending cross-motions for summary judgment. (Doc. No. 94). The undersigned lead counsel for Oxford, who will be attending the conference on behalf of Oxford, has a prior scheduling conflict on February 7, but is available on February 6 or February 8, 2024. Plaintiff's counsel has advised that he is available in the afternoon of February 6, 2024. Accordingly, based on the availability of the parties' counsel, it is respectfully requested that the conference be rescheduled from February 7 to the afternoon of February 6, 2024.

This is Oxford's first request to reschedule the February 7, 2024 conference. Plaintiff's counsel does not object to Oxford's request.

Respectfully submitted,
s/Michael H. Bernstein
Michael H. Bernstein

cc: Richard Kwasnik, Esq. (via ECF)

Application GRANTED.  The conference scheduled for **February 7, 2024** is ADJOURNED to **February 6, 2024** at **2:45 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

SO ORDERED.                         2/5/24

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE