USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/6/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
FIANA KWASNIK,                               :
                                             :
                                             :
                        Plaintiff,           :
            -against-                        :     22-CV-4767 (VEC)
                                             :
                                             :     ORDER
OXFORD HEALTH INSURANCE, INC.,               :
                                             :
                        Defendant.           :
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS Defendant filed a Motion for Summary Judgment on October 6, 2023, *see* Dkt. 77;

WHEREAS Plaintiff filed a Cross Motion for Summary Judgment on November 2, 2023, *see* Dkt. 82; and

WHEREAS the parties appeared before the Court for a conference regarding the Motions ("the conference") on February 6, 2024.

IT IS HEREBY ORDERED that, for the reasons stated at the conference, the parties' motions for summary judgment are DENIED without prejudice.

IT IS FURTHER ORDERED that the parties' new briefing schedule is as follows:

Defendant's Motion for Summary Judgment that cites to the 56.1 Statement, along with a comprehensive 56.1 Statement (i.e. combining dockets 92 and 93 into one document) must be filed no later than February 16, 2024.

Plaintiff's Cross Motion for Summary Judgment, along with her Memorandum of Law that cites to the 56.1 Statement, and her response to Defendant's Motion must be filed no later than February 23, 2024.

2

Defendant's Memorandum of Law in response to Plaintiff's Motion and reply in support of its Motion for Summary Judgment must be filed no later than March 1, 2024.

Plaintiff's reply Memorandum of Law in opposition to Defendant's Motion and in further support for her own motion must be filed no later than March 8, 2024.

The Clerk of Court is respectfully directed to close the open motion at dockets 77 and 82.

**SO ORDERED.**

**Date: February 6, 2024**
**New York, New York**

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　**VALERIE CAPRONI**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**