# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
FIANA KWASNIK,

            Plaintiff,            22 **CIVIL** 4767 (VEC)

    -against-            **JUDGMENT**

OXFORD HEALTH INSURANCE, INC.,

            Defendant.
-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated June 17, 2024, Oxford's Motion for Summary Judgment is GRANTED, and Plaintiff's Motion is DENIED. Accordingly, the case is closed.

**Dated:** New York, New York

    June 18, 2024

                                            **DANIEL ORTIZ**
                                         **Acting Clerk of Court**

                      **BY:** _____
                                                **Deputy Clerk**